| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 3 | SUSAN B. GRAY (CSBN 100374)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 436-7324 |
| 6 | Facsimile: (415) 436-7234<br>Email: susan.b.gray@usdoj.gov |
| 7 | |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Nos. C-09-4313 CRB |
| Plaintiff, | ) | |
| | ) | **STIPULATION RESCHEDULING** |
| v. | ) | **CASE MANAGEMENT CONFERENCE** |
| | ) | **AND (P̶R̶O̶P̶O̶S̶E̶D̶ ORDER)** |
| 1. APPROXIMATELY $40,040.00 IN<br>UNITED STATES CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| SHANE JUDGE, | ) | |
| Claimant. | ) | |
| _____ | ) | |

Plaintiff, United States of America and Claimant, Shane Judge, respectfully submit this Stipulation to continue the Case Management Conference in the above entitled case. The Case Management Conference is currently set for January 15, 2010 at 8:30 a.m. However, the parties have engaged in informal discovery and may have reached a settlement. The agreement has been forwarded to the claimant, Shane Judge, who resides outside the district. In light of these developments, the parties respectfully request that the Case Management Conference set for January 15, 2010, be continued to February 5, 2010 at 8:30 a.m.

//

```
                                        Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

Dated: January 4, 2010                  _____
                                        SUSAN B. GRAY
                                        Assistant United States Attorney

Dated: January 4, 2010                  _____
                                        JAMES ROBERTS, ESQ.
                                        SHARMI SHAH, ESQ.
                                        Attorney for Claimant, Shane Judge
```

The Case Management Conference in the above entitled case, currently set for January 15, 2010, is hereby continued to February 5, 2010 at 8:30.

IT IS SO ORDERED.

_____
CHARLES R. BREYER

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]