JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7324
    Facsimile:  415.436.7234
    Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 09-4313 CRB |
| Plaintiff, | |
| v. | PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL |
| APPROXIMATELY $40,040 IN UNITED STATES CURRENCY | AND [PROPOSED] ORDER |
| Defendants. | |

Plaintiff United States of America, by and through the United States Attorney for the Northern District of California and the undersigned Assistant United States Attorney, files this Request for Voluntary Dismissal of the instant civil forfeiture action pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure as, at this time, it is in the best interest of the United States to voluntarily dismiss the instant forfeiture action, without prejudice. (A copy of the stipulated settlement between the parties is attached hereto as Exhibit A.)

///

///

///

WHEREFORE, for all of the above-stated reasons, Plaintiff United States of America respectfully requests that this Court dismiss this instant civil forfeiture action without prejudice, and for such other and further relief the Court deems just and proper.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 14, 2010

_____
SUSAN B. GRAY
Assistant United States Attorney

[PROPOSED] ORDER

UPON CONSIDERATION of the Request for Voluntary Dismissal, and the entire record, it is by the Court on this 29th day of January, 2010.

ORDERED that the instant case be, and hereby is, dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.



_____
HONORABLE CHARLES R. BREYER
United States District Judge